UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANTHONY BUTLER, | Case No. 2:12-cv-01682-MMD-GWF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time (ECF No. 21) to file their response Petitioner Anthony Butler's second amended motion for relief from judgment. (ECF No. 18). Respondents indicate that Butler does not oppose the request. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to the grant the extension.

It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 21) to file a response to Petitioner's motion for relief from final judgment is granted. Respondents must file their response on or before April 13, 2022.

DATED THIS 15th Day of March 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE