UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY BUTLER,<br><br>        Petitioner,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>        Respondents. | Case No. 2:12-cv-01682-MMD-EJY<br><br>ORDER |

Respondents seek a seven-day extension of time to file their response to 28 U.S.C. § 2254 habeas Petitioner Anthony Butler's motion for relief from judgment. (ECF No. 23.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' second motion for extension of time to file a response to Petitioner's motion for relief from final judgment (ECF No. 23) is granted. The deadline to file the response is April 20, 2022.

DATED THIS 19th Day of April 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE