1

2

3                     UNITED STATES DISTRICT COURT

4                          DISTRICT OF NEVADA

5                                * * *

6   ANTHONY BUTLER,                        Case No. 2:12-cv-01682-MMD-EJY

7                    Petitioner,                        ORDER
         v.
8
    STATE OF NEVADA, *et al.*,
9
                     Respondents.
10

11          28 U.S.C. § 2254 habeas corpus Petitioner Anthony Butler seeks an extension of

12   time to file a reply in support of his second corrected motion for relief from judgment. (ECF

13   No. 29.) He indicates that Respondents do not oppose the request. The Court finds that

14   the request is made in good faith and not solely for the purpose of delay, and therefore,

15   good cause exists to grant the motion.

16          It is therefore ordered that Petitioner's motion for extension of time to file a reply in

17   support of his second corrected motion for relief from judgment (ECF No. 25) is granted.

18   The deadline for Petitioner to file the reply is June 27, 2022.

19          DATED THIS April 28th Day of 2022.

20

21                                        _____
                                          MIRANDA M. DU
22                                        CHIEF UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28